■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICKY SMITH, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent. [926 NYS2d 838]

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Fahey, Lindley and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS M. ABRAMS, Also Known as DENNIS ABRAMS, Appellant. [926 NYS2d 838]

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Peradotto, Sconiers and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEMONE D. DILLON, Appellant. [926 NYS2d 838]

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Peradotto, Sconiers and Gorski, JJ.